## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS INTERNATIONAL AG, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC. <br><br> Defendants. | Civil Action No. 06-5954 (HAA)(ES) |

### [PROPOSED] STIPULATED ORDER REGARDING SUMMARY JUDGMENT MOTION SCHEDULING

**WHEREAS,** this matter having come before the Court upon the application of Plaintiffs Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG (collectively, "Novartis" or "Plaintiffs") with Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin" or "Defendants") consenting; and

**WHEREAS,** on January 5, 2009 the Court issued an Order regarding schedules for summary judgment motions; and

**WHEREAS,** all having consented to the terms of this Stipulated Order extending deadlines for summary judgment briefing,

**IT IS HEREBY ORDERED THAT:**

The parties shall proceed in the action in accordance with the following schedule:

#1409050 v1
104392-58793

| EVENT | COMPLETION DATE |
|---|---|
| Opposition to Summary Judgment Motion | June 12, 2009 |
| Reply To Opposition | July 3, 2009 |

STIPULATED AND AGREED TO:

Dated:    May 28, 2009

| | |
|---|---|
| s/ Sheila F. McShane<br>David E. De Lorenzi<br>Sheila F. McShane<br>GIBBONS P.C.<br>A Professional Corporation<br>One Gateway Center<br>Newark, New Jersey 07102<br><br>-and-<br><br>Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Leslie Morioka<br>Brendan G. Woodard<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Plaintiffs Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG* | s/ Lindsey Taylor<br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN,<br>GILFILLIAN, CECCHI, STEWART &<br>OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07168<br><br>-and-<br><br>Barry S. White<br>Steven M. Amundson<br>FROMMER LAWRENCE & HAUG, LLP<br>745 Fifth Avenue<br>New York, New York 10151<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

IT IS HEREBY SO ORDERED.

Dated: May 28, 2009

_____
The Honorable Esther Salas, U.S.M.J.

-2-

#1409050 v1
104392-58793